UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
OCT 12 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                          INDICTMENT NO. 23-54-DLB-CJS

ELIJAH HOPPER and
ALEXIS WADDLE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 21 U.S.C. § 846

On or about December 16, 2022, and continuing through on or about September 14, 2023, in Campbell County, in the Eastern District of Kentucky, and elsewhere,

**ELIJAH HOPPER and
ALEXIS WADDLE**

conspired together and with others to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, violations of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
### 21 U.S.C. § 841(a)(1)
### 18 U.S.C. § 2

On or about September 14, 2023, in Campbell County, in the Eastern District of Kentucky,

**ELIJAH HOPPER and
ALEXIS WADDLE,**

aiding and abetting each other, knowingly and intentionally possessed with the intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 3
## 18 U.S.C. § 924(c)(1)(A)

On or about September 14, 2023, in Campbell County, in the Eastern District of Kentucky,

**ELIJAH HOPPER**

knowingly possessed the following firearms: (i) a Zastava Arms, 5.56 x 45 millimeter caliber rifle, bearing serial number Z85-009933; (ii) a Citadel, 12-gauge shotgun, bearing serial number 21SA-KR45076; (iii) a Ruger, 10/22, .22 caliber rifle, bearing serial number 0004-83924; (iv) a Joe Bob Outfitters 9-millimeter caliber pistol, bearing serial number KS45-01335; (v) a Radical Firearms, Model RF-15 multi caliber rifle, bearing serial number 20-010474; (vi) a Remington, Model 700 .300 Winchester Magnum caliber rifle, bearing serial number C6540197; (vii) an FM Products, Model FMP9 9-millimeter caliber pistol, bearing serial number 9-09381; (viii) a Romarm/Cugir Model Draco, 7.62x39 millimeter caliber pistol, bearing serial number 21DG-3249; (ix) a Glock 17, 9x19 millimeter caliber pistol, bearing serial number BEAL232; (x) an FN 545, .45 caliber pistol, bearing serial number BBP0017176; (xi) a Glock 30, .45 caliber pistol, bearing serial number XRH178; (xii) a Taurus, .44 Magnum revolver, bearing serial number LP426541; (xiii); a Taurus, .357 Magnum revolver, bearing serial number

ADB011481; (xiv) a HS Produkt Springfield, Model XD9, 9-millimeter caliber pistol, bearing serial number BA232267; (xv) an American Tactical, .45 caliber pistol, bearing serial number ML129083; (xvi) a Glock, 9-millimeter pistol, bearing serial number DNY041; (xvii) a Tanfoglio F. Illi revolver, Model TAT76 bearing serial number C36920; (xviii) a Taurus Revolver, Model Judge bearing serial number ACB557916; (xix) a Mossberg 12-gauge shotgun, bearing serial number V1007843; (xx) a Taurus, .38 Special caliber revolver, bearing serial number CN19151; (xxi) a Walther, PPK pistol, .380 caliber bearing serial number 236402; (xxii) a Colt, Model Detective Special, .38 caliber revolver, bearing serial number 496560; and (xxiii) an FN Model 509, 9-millimeter pistol, bearing serial number GK50171984, in furtherance of the drug trafficking crimes alleged in Counts 1 and 2 of this Indictment, for which he may be prosecuted in a court of the United States, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 4
## 18 U.S.C. § 922(o)

On or about September 14, 2023, in Campbell County, in the Eastern District of Kentucky,

**ELIJAH HOPPER**

knowingly possessed a machine gun, that is, a weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manually reloading, by a single function of the trigger, including any part designed and intended solely and exclusively for use in converting a weapon into a machinegun, specifically, a Glock 27, .40 S&W caliber pistol, bearing serial number XLB610, with a machine gun-

conversion device, all in violation of 18 U.S.C. § 922(o).

## COUNT 5
## 26 U.S.C. § 5861(d)
## 26 U.S.C. § 5841
## 26 U.S.C. § 5871

On or about September 14, 2023, in Campbell County, in the Eastern District of Kentucky,

### ELIJAH HOPPER

knowingly received and possessed a firearm as defined by 26 U.S.C. § 5845(a)(7), that is, a silencer as defined in 18 U.S.C. § 921(a)(25), which was not registered to him in the National Firearms Registration and Transfer Record, all in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 26 U.S.C. § 5872
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offenses alleged in Counts 1 and 2 of the Indictment, **ELIJAH HOPPER and ALEXIS WADDLE** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **ELIJAH HOPPER and ALEXIS WADDLE** have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.     By virtue of the commission of the offenses alleged in Counts 3, 4, and 5 of the Indictment, **ELIJAH HOPPER** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924, and 26 U.S.C. § 5841, 5861(d) and/or 5871. Any and all interest that **ELIJAH HOPPER** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872(d), and 28 U.S.C. § 2461.

3.     The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$4,251.43 in U.S. currency

**FIREARMS AND AMMUNITION:**
a. Zastava Arms, 5.56 x 45 millimeter caliber rifle, bearing serial number Z85-009933;

b. Citadel, 12-gauge shotgun, bearing serial number 21SA-KR45076;

c. Ruger, 10/22, .22 caliber rifle, bearing serial number 0004-83924;

d. Joe Bob Outfitters 9-millimeter caliber pistol, bearing serial number KS45-01335;

e. Radical Firearms, Model RF-15 multi caliber rifle, bearing serial number 20-010474;

f. Remington, Model 700 .300 Winchester Magnum caliber rifle, bearing serial number C6540197;

g. FM Products, Model FMP9 9-millimeter caliber pistol, bearing serial number 9-09381;

h. Romarm/Cugir Model Draco, 7.62x39 millimeter caliber pistol, bearing serial number 21DG-3249;

i. Glock 17, 9x19 millimeter caliber pistol, bearing serial number BEAL232;

j. FN 545, .45 caliber pistol, bearing serial number BBP0017176;

k. Glock 30, .45 caliber pistol, bearing serial number XRH178;

l. Taurus, .44 Magnum revolver, bearing serial number LP426541;

m. Glock 27, .40 S&W caliber pistol, bearing serial number XLB610;

n. Taurus, .357 Magnum revolver, bearing serial number ADB011481;

o. HS Produkt Springfield, Model XD9, 9-millimeter caliber pistol, bearing serial number BA232267;

p. American Tactical, .45 caliber pistol, bearing serial number ML129083;

q. Glock, 9-millimeter pistol, bearing serial number DNY041;

r. Tanfoglio F. Illi revolver, Model TAT76 bearing serial number C36920;

s. Taurus Revolver, Model Judge bearing serial number ACB557916;

t. Mossberg 12-gauge shotgun, bearing serial number V1007843;

u. Taurus, .38 Special caliber revolver, bearing serial number CN19151;

v. Walther, PPK pistol, .380 caliber bearing serial number 236402;

w. Colt, Model Detective Special, .38 caliber revolver, bearing serial number 496560;

x. FN Model 509, 9-millimeter pistol, bearing serial number GK50171984;

y. Machine Gun Conversion Device, plastic switch, Northern Kentucky Drug Strike Force (NKDSF) item number B-10, seized on September 14, 2023;

z. Firearm Silencer, NKDSF item number B-23, seized on September 14, 2023; and

aa. All associated ammunition and accessories.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

                                              **A TRUE BILL**

*/s/ Signature*

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1 & 2:**    Not more than 5 years imprisonment, a $250,000 fine, and at least 2 years of supervised release.

**If a prior conviction for a felony drug offense,** not more than 10 years imprisonment, a $500,000 fine, and at least 4 years of supervised release.

**COUNT 3:**    Not less than 5 years nor more than life imprisonment, to run consecutively to any other term of imprisonment imposed, a $250,000 fine, and 5 years of supervised release.

**COUNTS 4 & 5:**    Not more than 10 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:**    Forfeiture of all listed property.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.